***SAMPLE FORMAT**

RECEIVED
2007 AUG 22 P 4: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

GEORGIA PATTERSON
Plaintiff

v.

Civil Action No.: 2:07cv752-WKW

CITY OF MONTGOMERY
Defendant(s)

COMPLAINT
(Double space text of complaint)

1. Chair Collapsed, City of Montgomery Will Not Pay Medical Bills.
(Grounds for jurisdiction)

2. GEORGIA PATTERSON
917 NATIONAL ST MONTGOMERY Ala 36105
(Show plaintiff's name(s) and residence or address)

3. City of Montgomery
103 N. Perry Street
Montgomery, AL 36104
(Show defendant(s) name(s) and address(es))

4. I were not treat fair in Circuit Court of Montgomery Alabama.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.)

5. The chair collapsed I were hurt, Still not able to work need to have back surgical

(Give a brief, concise statement of the specific facts involved in your case.)

6. I need city to Pay medical bills. Also for back surgical I want to be able free from Pains I cant Sleep from Pains.

(State the relief you are requesting.)

_Georgia Patterson 8-22-07_
(Signature and date) pro se

917 National St
(Address)

(334) 396-8716
(Phone Number)

# Montgomery Spine Center, P.C.

Timothy A. Holt, M.D.

March 21, 2006

Re: Georgia Patterson

To Whom It May Concern:

Ms. Patterson is a very nice female that we have taken care of for quite some time. She does have degenerative disc disease as well as discogenic pain. Unfortunately, she has not done well with conservative treatment, which includes physical therapy and medication. She, unfortunately, has not been able to return back to a full status duty job either, and I do not feel like she will be able to go back to lifting or standing for long periods of time. We have discussed her options. At this time, I have recommended surgical intervention. Unfortunately, this will require her to be out of work for at least a year, and I am doubtful that she will ever be able to go back to being a stocker at Walmart secondary to the physical demand of this position.

Hopefully, this answers any questions you may have.

Sincerely,

Timothy A. Holt, M.D.

TAH/MH/al

Phone: (334) 396-1886 · Fax: (334) 396-1887
257 Winton M. Blount Loop · Montgomery, AL 36117
P.O. Box 231509 · Montgomery, AL 36123

SCANNED    MAR 29 2006