IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-00752-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Wallace Capel for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 28th day of August, 2007.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE