IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:07cv752-WKW |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #2), filed August 22, 2007. On August 28, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. #3). For good cause, it is

ORDERED that the Application to Proceed *In Forma Pauperis* (Doc. #2) is GRANTED. For good cause, it is further

ORDERED that service of this Complaint is **STAYED** pending review under 28 U.S.C. § 1915 (2000).

The Court also notes, at present, Patterson's Complaint suffers from fatal defects. It is unclear as to the factual and legal basis for her claims against Defendant. She fails to state with specificity the wrongful acts committed by Defendant. Thus, it is further

ORDERED that Patterson shall also file an Amended Complaint which states the

wrongful act committed by Defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Patterson as a result of each act of wrongdoing.  The "injury" or "damage" should be stated in terms of the consequences to Patterson and the cost or value of the damage.  The Amended Complaint **shall further explain** the following sentence, contained in Patterson's Complaint:  "I were (*sic*) not treat (*sic*) fair in Circuit Court of Montgomery [,] Alabama."  Compl. (Doc. #1) at 2.  The Amended Complaint shall be filed **on or before September 25, 2007**.

DONE this 4th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE