IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DIVISION

GEORGIA PATTERSON

Plaintiff

v.

CITY OF MONTGOMERY

Defendant

RECEIVED
2007 SEP 20 P 3:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:07-cv 00752-WKW-WC

1. Grounds for Jurisdiction

2. GEORGIA Patterson
917 National St
Montgomery Ala 36105
Plaintiff Name address

3. City OF MONTGOMERY
P.O. Box 1950
Montgomery, AL 36102
Defendant Name Address

Complaint
Double Space

I Georgia Patterson am asking for extension Attorney Scott Johnson depressed like he were going to take case. He hold file from Sept 7-18, 2007.

X Georgia Patterson