IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv752-WKW |
| ) | |
| CITY OF MONTGOMERY ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On September 20, 2007, Georgia Patterson filed a Motion for an Extension of Time (Doc. #5). The Court construes the filing as a motion for extension of time in which to file her Amended Complaint due September 25, 2007. Upon consideration of the motion, it is

ORDERED the motion (Doc. #5) is GRANTED. Patterson shall have until October 9, 2007, to file her Amended Complaint per the instructions in this Court's Order of September 4, 2007. The Court warns Patterson that no other extensions will be granted.

DONE this 24th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE