In the UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT -9  P 3:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GEORGIA PATTERSON

Civil Action No. 2:07CV752
WKW

V.

CITY OF MONTGOMERY;
GLOBE BUSINESS FURNITURE
OF TN., INC GROUPELACASSE,
LLC; MONTGOMERY CITY

Amended
Complaint

Am Still in Pain

## THE MANER IN WHICH THE INJURY WAS RECEIVED

On March 8, 2005, I had a jury duty in the Montgomery County courthouse. During my break, I went to the Montgomery Public Library to borrow books. As I sat on the chair meant for the Card Catalog Computer in which I was going to search for the books, the chair was broken and collapsed and I fell with the chair. A female employee of the library came and assisted me to get up from the floor. The library personnel called the Haynes Ambulance that took me to the Baptist Hospital ER. I was treated and released later that day. Because I was in great pain, I went back to the ER again on March 11, 2005, and the Doctor examined me and gave me prescriptions. The ER Doctor recommended that I should go and get further treatment. I went to Dr. Sam Peavy who has been giving me treatments resulting from the fall at the library. I have made fifteen (15) visits to the Doctor. I am still under his care. This accident has affected me emotionaly and my health has been jeopardized. Since the accident I have not been able to go to work. I have lost my source of income and I am not sure I will be able to perform the job I was normally doing because I an still having and nightmares when I sleep.

I am Georgia Patterson on March 8, 2005 I were at Montgomery City Public library for the purpose of using the library resources. While at the Montgomery City library I sat down in a chair identified with Identification Number NY 46614 (TN) and as a product of defendant globe. The chair was located before a computer and was intended for public use. The front leg of chair collapsed I fail to floor severely and permanently injuring as a result of fall I suffered severe permanent injury to lower back and has been caused incur medical expense and debt exceeding 15,000.00 for medical treatment which is not complete. Am expects to undergo future surgery, frustration emotional distress and unable to sleep at night, mental anxiety as a result of injuries and ongoing medical treatment. Injuries have affected ability to earn a living I had spinal steroid shots. I stay in pain I tried to get medical help no result I don't have no medical Insurance. $824.00 SSI. Being sued over medical bills.

Georgia Patterson
10-9-2007

# Montgomery Spine Center, P.C.

Timothy A. Holt, M.D.

September 17, 2007

Georgia Patterson
917 National St.
Montgomery, AL 36105

RE: Surgery Expenses

Dear Ms. Patterson:
We have researched the cost of the planned anterior lumbar fusion at L5/S1. The estimated cost for the anesthesia is $2,175.00. The estimated cost for the hospital is $104,251.00. The cost for Dr. Holt and Dr. Barry the co-surgeon that assists with the anterior approach is $5,000.00 each. These estimates are cash prices.

If you have any questions please contact the office at 334-396-1886

Sincerely,

Timothy A. Holt, M. D.

Phone: (334) 396-1886 • Fax: (334) 396-1887
257 Winton M. Blount Loop • Montgomery, AL 36117
P.O. Box 231509 • Montgomery, AL 36123