IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv752-WKW |
| ) | |
| CITY OF MONTGOMERY ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 22, 2007, Plaintiff Georgia Patterson (Patterson) filed suit in this Court seeking monetary relief for injuries suffered when she fell out of a chair . Compl. (Doc. # 1) at 1-2.  On September 4, 2007, this Court ordered Patterson to file an Amended Complaint, which stated the wrongful act committed by Defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Patterson as a result of each act of wrongdoing, on or before September 25, 2007, because Patterson's complaint suffered from fatal defects.  Order of September 4, 2007 (Doc. #3) at 1-2.  The Court further ordered Patterson to explain the following sentence:  "'I were (*sic*) not treat[ed] fair in [the] Circuit Court of Montgomery[,] Alabama.'"  Id. (citing Compl. (Doc. #1) at 2).  On September 20, 2007, Patterson sought an extension of time in which to file her Amended Complaint.  Motion for Extension (Doc. #5).  The undersigned granted the

motion, extending the deadline to October 9, 2007. Order of September 24, 2007 (Doc. #6). The Court further ordered Patterson to file her Amended Complaint per the Court's instructions in its Order of September 4, 2007. Id. Although Patterson filed an Amended Complaint on September 9, 2007, she failed to comply with the Court's orders. Patterson has not explained the sentence: "'I were (*sic*) not treat[ed] fair in [the] Circuit Court of Montgomery[,] Alabama.'" Id. (citing Compl. (Doc. #1) at 2). Accordingly, it is

ORDERED that Patterson shall file a Second Amended Complaint **on or before October 18, 2007**, explaining the meaning of the sentence provided immediately above. In particular, Patterson should explain whether she previously brought suit in the Circuit Court of Montgomery involving the same claim(s) and the same Defendants. She shall also explain the status or result of any litigation in that court.

The Court **warns** Patterson that her continued failure to comply with this Court's Orders may lead the undersigned to recommend to the district judge dismissal of her Complaint for failure to comply with this Court's orders.

DONE this 11th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE