IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2007 OCT 18 P 3: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Georgia Patterson
Plaintiff

Civil Action No. 2:07CV752-WKW

v.

City of Montgomery
Defendant(s)

Amended
COMPLAINT
(Double space text of complaint)

1.
(Ground for jurisdiction)

2. Georgia Patterson
917 National Street
Montgomery, AL 36105
(Show plaintiff's name(s) and residence or address)

3. City of Montgomery
103 N. Perry Street
Montgomery, AL 36104
(Show defendant(s) name(s) and address(es))

Attachment

If City of Montgomery have no connection with the case. Why should the City offered $1,779.00. Later Attorney Will O. (Trip) Walton mentioned the sum of $5,000? He sent information to inform me that the City of Montgomery had filed a Motion to Withdraw April 4, 2007. Mr Walton himself filed a Motion to Withdraw on May 3, 2007. Attorney sent copies of both Motion to be Dismiss

This is quote made Attorney, Walton "Because the City filed a Motion to Dismiss, I will be filing a response to that pleading also I was mistreated!

Respectfully Submitted.

Georgia Patterson

On March 8, 2005. I was on Jury duty at the Montgomery County Court House.. During lunch break I went to Montgomery Public Library and sat in a chair. The chair collapsed and fell on the floor Due to severe pains I still was on the floor. A male and female came over to help me; however; She was unable to assist me. She then made it perfectly clear that Somebody needs to call an Ambulance. There is something wrong with this lady. "She was in a hurry and had to leave; Other people in Library came over and found me still lying on floor. I could not move

someone did call Haynes Ambulance. The attendants arrived and carried me directly to Baptist Hospital South. I was treated in ER. The attending Physician, advised me to see my family Physician, and gave me Prescriptions. On March 11, 2005 due to severe pains. I had to be carried back to Baptist Hospital ER.

I have much more materials to ascertian are what happened to me. They are available for observation at the Court's descriptions I feel I was mistreated, because the attorney kept my paper work in one(1) month before my Statute of Limetation ran out I couldn't get attorney to take this case

*Georgia Patterson   Oct 18, 2005*