In The United District Court for THE MIDDLE DISTRICT OF AlaBama NoRthern Division

RECEIVED 2007 NOV -6 P 3:00 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

GEORGIA PATTERSON
Plaintiff.

Civil Action No.
207cv752WKW

V

City Montgomery
Globe Business furniture
OF TN GroupE LACASSE
LLC Montgomery City
County library Board

OBJections

I am Georgia Patterson Please let me represent myself in Court, City After Settlement at first. all Medical bills pains and Suffer out.

Georgia Patterson   Nov 6, 2007