IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA PATTERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-752-WKW |
| ) | (WO) |
| CITY OF MONTGOMERY ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 24, 2007, the Magistrate Judge filed a Recommendation (Doc. # 10) that the plaintiff's complaint be dismissed because the court lacks subject matter jurisdiction. Plaintiff filed an objection but failed to respond to any issues raised in the Magistrate Judge's recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 10) of the Magistrate Judge is ADOPTED.

2. Plaintiff's objection (Doc. #11) is OVERRULED.

3. The action is DISMISSED without further opportunity for amendment and prior to service because this court lacks subject matter jurisdiction.

An appropriate judgment will be entered.

DONE this 14th day of November, 2007.

                                              /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE